UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cr-00130-FDW-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | |
| BRIAN JERMAINE BLAKENEY, | ) | ORDER |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Supervised Release Violation Petition. (Doc. 40). The United States Marshal informed the Government and the Court that Defendant Blakeney's health is deteriorating rapidly, and he will need to be transferred immediately to a facility designed to accommodate individuals in this condition. As a result, the United States has determined that continued prosecution of this matter would not be in the interests of justice. For that reason, the Court GRANTS the Government's Motion and orders that Defendant Blakeney be released from the custody of the US Marshals Service.

**IT IS SO ORDERED.**

Signed: June 3, 2015

Frank D. Whitney
Chief United States District Judge